IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR260 |
| | ) | |
| vs. | ) | |
| | ) | |
| DUSTIN C. VOGEL, | ) | ORDER |
| JONATHAN W. MILLER and | ) | |
| HALEY M. COFFMAN | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

This matter is before the court on defendant, Haley M. Coffman's Unopposed Motion to Continue Trial [74], and Jonathan Miller's Unopposed Motion to Continue Trial [75]. The court has been advised there are no objections to either motion. For the reasons set forth in the motions, the undersigned magistrate judge finds that good cause exists for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [74], and Unopposed Motion to Continue Trial [75] are granted, as follows:

1. The jury trial, **for all defendants**, now set for February 22, 2022, is continued to **April 26, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 26, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: February 7, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge