**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR260** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DUSTIN C. VOGEL and** | ) | **ORDER** |
| **HALEY M. COFFMAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |

This matter is before the court on defendant, Dustin Vogel's Unopposed Motion to Continue Trial [79]. The court has been advised the co-defendants have no objections to the motion.  For the reasons set forth in the motion, the undersigned magistrate judge finds that good cause exists for the requested continuance.  Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [7], and Unopposed Motion to Continue Trial [7] are granted, as follows:

1. The jury trial, **for Vogel and Coffman**, now set for May 17, 2022, is continued to **August 16, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 16, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  April 27, 2022**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**